**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 2:13-cr-00083-GZS** |
| | ) | |
| **CAROLE OREM-HOUGH** | ) | |

**ORGANIZATIONAL DISCLOSURE STATEMENT**
**(RULE 12.4(a)(2))**

The following organizations are victims of the offense alleged in Count One of the Information filed in this case:

1.      Anthem Health Plans of Maine, Inc., doing business as Anthem Blue Cross and Blue Shield, is a corporation organized under the laws of the State of Maine.  It is a wholly owned subsidiary of ATH Holding Company, LLC, which in turn is a wholly owned subsidiary of WellPoint, Inc.

2.      Harvard Pilgrim Health Care, Inc. is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts.

3.      Aetna Life Insurance Company is a company organized under the laws of the State of Connecticut.  It is a wholly owned subsidiary of Aetna, Inc., which is a corporation organized under the laws of the Commonwealth of Pennsylvania.

4.      Optum Behavioral Solutions is a division of Optum Health, a corporation formed under the laws of the State of Delaware.  Optum Health is a subsidiary of UnitedHealth Group, a company which is based in Minnesota.

Date:   May 21, 2013, at Portland, Maine.

Respectfully submitted,

Thomas E. Delahanty II
United States Attorney


/s/ James W. Chapman, Jr.
James W. Chapman, Jr.
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
James.w.chapman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, I electronically filed an Organization Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

George T. Dilworth, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
tdilworth@dwmlaw.com

Thomas E. Delahanty II
United States Attorney

/s/ James W. Chapman, Jr.
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
James.w.chapman@usdoj.gov